IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


FRANKLIN GUY GIDDENS,

        Appellant,

 v.
                                    Case No.  5D21-2267
                                    LT Case Nos. 2020-CF-000313
                                                2019-CF-001126


STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed April 29, 2022

Appeal from the Circuit Court
for Flagler County,
Terence R. Perkins, Judge.

Matthew J. Metz, Public Defender,
and Kathryn Rollison Radtke,
Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney General,
Daytona Beach, for Appellee.


WALLIS, J.

In this Anders[1] appeal, we affirm Appellant's judgment and sentence. However, we remand for a corrected costs judgment striking the $100 cost of investigation because it was not a part of Appellant's plea and it was not requested by the State. See § 938.27(1), Fla. Stat. (2021); Richards v. State, 288 So. 3d 574, 576 (Fla. 2020).

AFFIRMED and REMANDED with Instructions.

EISNAUGLE and HARRIS, JJ., concur.

---

[1] Anders v. California, 386 U.S. 738 (1967).